

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00545-CR

Sean David **GUILD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3714CR
Honorable Roland Andrade, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

Delivered and Filed: February 12, 2025

DISMISSED

Appellant, Sean David Guild, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Guild and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH